Joshua R. Kohanbash, Esq.
**ACCIDENT DEFENDERS, APC**
18375 Ventura Boulevard, Suite 521
Tarzana, CA 91356
Telephone: (323) 591-2829
Facsimile: (323) 831-6828
E-Mail: josh@accidentdefenders.com

Derik A. Sarkesians, Esq.
**NESS LAW, INC.**
4444 Riverside Drive, Suite 305
Burbank, CA 91505
Telephone: (818) 333-5343
Facsimile: (818) 960-0053
E-Mail: derik@nesslawfirm.com

Attorneys for Plaintiff
ANTOINA CADENAS ALVAREZ

Christopher M. McDonald (SBN 198093)
Laurie E. Yoon (SBN 309379)
**MURCHISON & CUMMING, LLP**
18201 Von Karman Avenue, Suite 950
Irvine, California 92612
Telephone:  (714) 972-9977
Facsimile:   (714) 972-1404
E-Mail: cmcdonald@murchisonlaw.com
E-Mail: lyoon@murchisonlaw.com

Attorneys for Defendant,
WALMART, INC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTONIA CADENAS ALVAREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>WALMART, INC., and DOES 1 to 20,<br><br>            Defendants. | CASE NO. 2:23-cv-03853-DMG-AGRx<br><br>**ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:    March 12, 2024

_____
Dolly M. Gee
United States District Judge